THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES BURROWS, Appellant, Impleaded with Others.

(Argued October 14, 1935; decided November 19, 1935.)

*Louis B. Stillman* and *David B. Stillman* for appellant.

*William Copeland Dodge, District Attorney (Vincent A. Catoggio, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.